IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01067-MSK-MJW

MARIA BUYSSE,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

Defendant.

---

**ORDER**   ( Docket No. 9 )

---

UPON REVIEW of Plaintiff's Unopposed Motion to Reschedule Fed.R.Civ.P. 16(b)

Scheduling/Planning Conference:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's

Motion is GRANTED.   The July 31, 2007 conference at 8:30 a.m. is hereby vacated, and

the matter reset for the ___9th___ day of _August_ , 2007, at ___9___ : _00_ , a.m. *

Done this __28ᵗᴿ__ day of __June__ , 2007.

* The proposed scheduling order
shall be submitted 5 days
prior to the hearing.

BY THE COURT:

Magistrate Judge Michael J. Watanabe